**Dismissed and Memorandum Opinion filed October 10, 2013**



In The

# Fourteenth Court of Appeals

NO. 14-12-00999-CR
NO. 14-12-01000-CR

**ZACHARIAH HARVEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause Nos. 1362749 and 1362750**

## M E M O R A N D U M   O P I N I O N

These appeals are from the denial of a pretrial application for writ of habeas corpus and motion for reasonable bond filed in connection with a charge of murder (Trial Court Cause No. 1311763) and a charge of injury to a child (Trial Court Cause No. 1311762).[1]  Currently pending in this court is the appeal from

---

[1] The application was assigned Trial Court Cause Nos. 1362749 and 1362750.

appellant's conviction for murder. (Trial Court Cause No. 1311763; Appeal No. 14-13-00774-CR).

Appellant is no longer confined based on the process underlying his original detention, but is now confined pursuant to judgment and sentence in Trial Court Cause No. 1311763. Accordingly, the legal issues raised in appellant's applications for writ of habeas are moot. *Saucedo v. State,* 795 S.W.2d 8, 9 (Tex. App.—Houston [14th Dist.] 1990, no pet.). *See also Martinez v. State,* 826 S.W.2d 620, 620 (Tex. Crim. App. 1992) (an appeal challenging the denial of a pretrial application for writ of habeas corpus is rendered moot when the appellant is convicted of the underlying offense before the appellate court rules on the writ).

Accordingly, we order the appeals dismissed.

/s/         William J. Boyce
                 Justice


Panel consists of Justices Boyce, Jamison, and Busby.

Do Not Publish — TEX. R. APP. P. 47.2(b).

2